AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:26-mj-00007-KFW | 01/04/2026 @ 1754 | SNAP LEO SYSTEM |

Inventory made in the presence of : N/A

Inventory of the property taken and name of any person(s) seized:

- 203 MB FILE CONTAINING SNAPCHAT PRODUCTION.
  FILE NAME: PRODUCTION-270318791-20260116 20-e5768dd7.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/19/2026

[signature]
*Executing officer's signature*

CRAIG S. [illegible] / FBI SA
*Printed name and title*